# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
 Charles E. Zimath & Regina L. Zimath :
:
:
: BANKRUPTCY NO.  17-14048ELF
Debtor (s)

## **P R A E C I P E**

Please note the 341 Meeting of Creditors was not held and concluded on December 13, 2017. The 341 Meeting of Creditors will be continued on January 10, 2018 1:00pm.

Respectfully submitted,

Date: December 27, 2017    /s/William C. Miller, Esquire
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA  19105